**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

No. 00-CV-155 PAM/JGL

Genmar Industries, Inc., a Delaware corporation, Carver Boat Corporation L.L.C., a Delaware corporation,

Plaintiffs,

vs.

Earl E. Jackson, III, William A. Van Diepen, and Yacht Center De Mexico, S.A. de C.V., a foreign corporation,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND ORDER**

This stipulation is between and among the plaintiffs, Genmar Industries, Inc. and Carver Boat Corporation, and defendant Earle E. Jackson, III.

IT IS HEREBY STIPULATED AND AGREED between and among the parties identified above that defendant Earle E. Jackson, III shall have an extension of time until April 24, 2000, to answer or otherwise respond to plaintiffs' Complaint.

Date: April 14, 2000

FLYNN & GASKINS, L.L.P.

Steve W. Gaskins, #147643
Cory A. Kallheim, #290257
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
612/333-9500

Attorneys for Defendant Earle E. Jackson, III

FILED 4-17-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BRIGGS AND MORGAN, P.A.

Date: April 14, 2000

James J. Long, #190858
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612/334-8582

Attorneys for Plaintiffs Genmar Industries, Inc. and Carver Boat Corporation

IT IS SO ORDERED.

Date: April 14, 2000.

Magistrate Judge Jonathon G. Lebedoff