UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Industries, Inc., et al.

Plaintiffs, Civil 00-155 PAM/JGL

v.

Earle E. Jackson, III, et al.

Defendants.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Thursday, June 15, 2000 @ @ 10:20 A.M., before Chief Judge Magnuson, is CANCELLED. The parties shall receive a new notice when this is re-scheduled.

Dated: June 9, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED JUN 09 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK