UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-155 (PAM/JGL)

GENMAR INDUSTRIES, INC., et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

EARLE E. JACKSON, III, et al.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to May 1, 2001;

3. Plaintiffs shall disclose all expert witnesses, including reports, by July 15, 2001; Defendants shall disclose all expert witnesses, including reports, by August 15, 2001;

4. The period during which the parties may seek discovery shall be completed by October 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to December 1, 2001; and

7. This case will be considered "ready for trial" as of February 1, 2002.

DATED: February 12, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FEB 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK