UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Industries, Inc. et al.

Plaintiffs, Civil 00-155 PAM/JGL

v.

Earle E. Jackson, III et al.

Defendants.

---

**NOTICE OF CANCELLATION OF MOTION HEARING**

The motion hearing which was scheduled for Friday, June 8, 2001 @ 10:00 A.M., before Chief Judge Magnuson, is CANCELLED. The motion shall be taken on the papers for a ruling by the court.

Dated: May 24, 2001

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK